# ROBERT B. KRONENBERG

Attorney at Law

1355 Motor Parkway, Hauppauge, New York 11749

631-234-4434 Fax 631-234-4469

rob@rkronenberglaw.com

www.rkronenberglaw.com

May 17, 2013

United States District Court
Eastern District of New York
Hon. A. Kathleen Tomlinson
United States Magistrate Judge

**BY ECF**

> Re: **Sanjay Vaz v. Safdar Ali, Adrienne N. Washington, a/k/a Adrienne N. Washington-Ali – 2:13-CV-445 - Motion to Withdraw as Counsel for Defendant Adrienne N. Washington, a/k/a Adrienne N. Washington-Ali**

Dear Judge Tomlinson:

As the Court is aware, I filed a Notice of Appearance indicating that I represented both Defendants in this action. After speaking at length with my clients, I determined that their positions and defenses may be adverse to each other and that continued representation of both parties would be inappropriate and potentially unethical. The Defendants were married and are now divorced.

Thus, I am respectfully requesting that the Court grant my application to withdraw as counsel for Defendant Adrienne N. Washington; a/k/a Adrienne Washington-Ali. I shall continue representation of Defendant Safdar Ali.

Thank you for your consideration.

Dated: Hauppauge, New York
        May 17, 2013

                                        Yours, etc.,

                                        _____

                                        /s/Robert B. Kronenberg (RBK-7091)
                                        Attorney for Plaintiffs
                                        1355 Motor Parkway
                                        Hauppauge, New York 11749
                                        (631) 234-4434