UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SANJAY VAZ,

                Plaintiff,

   -v-

SAFDAR DAR ALI, ADRIENNE N.
WASHINGTON, a/k/a ADIENNE N.
WASHINGTON ALI,

                Defendants.
---------------------------------------------------------------X

Case No. 13-CV-0445 (LDW)(AKT)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears in the above entitled proceeding as Attorneys for Defendants, and hereby demands that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Amityville, New York
       September 6, 2013

Yours, etc.

Law Office of Mark E. Goidell

   /s/ Mark Goidell        
Mark /E. Goidell, Esq. (MEG4786)
*Attorneys for Defendants*
92 Broadway
Amityville, New York 11701
(516) 683-0001